UNITED STATES DISTRICT COURT
for the
Southern District of Indiana
Indianapolis Division

| | | |
|---|---|---|
| A.S. | ) | |
| | ) | |
|        Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS d/b/a/ INDIANAPOLIS PUBLIC SCHOOLS; JACQUELINE GREENWOOD, in her individual and official capacity; and COREY GREENWOOD, in his individual capacity, | ) ) ) ) ) ) ) ) ) | 1:15-cv-01861-SEB-DML |
| | ) | |
|        Defendants | ) | |

## ORDER OF DISMISSAL

The parties, A.S., *Plaintiff,* and Board of School Commissioners of the City of Indianapolis d/b/a Indianapolis Public Schools, Jacqueline Greenwood, in her individual and official capacity, and Corey Greenwood, in his individual capacity, *Defendants,* by their respective counsel, having entered into a Stipulation to Dismiss;

**AND THE COURT**, having reviewed said stipulation and being otherwise duly advised in the premises, finds the stipulation to be proper and this cause should be dismissed, with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause be and is hereby dismissed, with prejudice.

**DATED:** 5/5/2016

                                                                              SARAH EVANS BARKER, JUDGE
                                                                              United States District Court
                                                                              Southern District of Indiana

**DISTRIBUTION TO:**

Stephen M. Wagner
WAGNER REESE, LLP
11939 N. Meridian St.
Carmel, IN 46032

Matthew L. Hinkle
COOTS, HENKE & WHEELER, P.C.
255 E. Carmel Drive
Carmel, IN 46032

Eric D. Schmadeke
DENSON BLACKLY, LLP
500 E.96th Street, Suite 100
Indianapolis, IN 46240

James S. Stephenson
STEPHENSON MOROW & SEMLER
3077 E. 98th Street, Suite 240
Indianapolis, IN 46280